1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  LINDA C. HARTER, Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   JUSTIN L. APPARCEL
7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    ) No. MAG 13-200-CKD
                                )
12              Plaintiff,      )
                                ) STIPULATION AND ORDER
13      v.                      )
                                )
14 JUSTIN L. APPARCEL,          ) Date:  August 19, 2013
                                ) Time:  9:30 a.m.
15              Defendant.      ) Judge: Hon. Carolyn K. Delaney
                                )
16 _____)

17

18     IT IS HEREBY STIPULATED between the parties through their

19 respective counsel, BARBARA BORKOWSKI, Special Assistant United States

20 Attorney, and LINDA C. HARTER, Chief Assistant Federal Defender,

21 attorney for JUSTIN L. APPARCEL, that the Court vacate the court trial

22 on July 8, 2013 at 9:30 a.m. and set a new court trial on August 19,

23 2013 at 9:30 a.m.

24     The reason for this continuance is to allow defense counsel

25 additional time to review discovery with the defendant. Further,

26 defense counsel is on duty in the Yosemite magistrate court and may not

27 be available on July 8th.

28     The parties also agree that the ends of justice served by granting

defendant's request for a continuance, outweigh the best interest of the public and the defendant in a speedy trial, because the defense requires more time to investigate and negotiate a resolution.

Dated: July 3, 2013

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

/s/ Linda C. Harter
LINDA C. HARTER
Assistant Federal Defender
Attorney for Defendant
JUSTIN L. APPARCEL

Dated: July 3, 2013

BENJAMIN B. WAGNER
United States Attorney

/s/ Barbara Borkowski
BARBARA BORKOWSKI
Special Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated: July 3, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE