BENJAMIN B. WAGNER
United States Attorney
BARBARA G. BORKOWSKI
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:13-MJ-200-CKD |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| JUSTIN L. APPARCEL, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss case number 2:13-MJ-200-CKD is GRANTED.

IT IS SO ORDERED.

Dated: August 16, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE